UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO MAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV375 CDP |
| ) | |
| COUNTRYWIDE HOME LOANS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

Defendants removed this case from state court based on the federal questions raised by plaintiff's claims under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq*. Before removal, defendant Freedom Title, LLC filed a motion to dismiss for failure to state a claim upon which relief can be granted. Because plaintiff has failed to respond and provide any argument in opposition, I will grant the motion and plaintiff's claims against Freedom Title, LLC will be dismissed.

Following removal, defendant Experian Information Solutions, Inc. filed a motion to dismiss Count 16, a claim for preliminary and permanent injunctive

relief. Experian now seeks to withdraw that motion. Experian's motion to withdraw will be granted and the motion to dismiss will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Freedom Title LLC's motion to dismiss is GRANTED and counts 3, 6, 10, and any other claims asserted as to defendant Freedom Title are dismissed.

**IT IS FURTHER ORDERED** that defendant Experian Information Solutions' motion to withdraw [#47] is GRANTED.

**IT IS FINALLY ORDERED** that defendant Experian Information Solutions' partial motion to dismiss [#12] is DENIED as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2007.