UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO MAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV375 CDP |
| ) | |
| COUNTRYWIDE HOME LOANS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Last week I dismissed plaintiff's claims against defendant Freedom Title LLC because plaintiff had not responded to the motion to dismiss. Plaintiff has now filed a motion for reconsideration, pointing out that the one page motion that defendant Freedom Title filed before the case was removed was completely deficient under this court's rules. Plaintiff is correct that I should have summarily denied the motion to dismiss, rather than summarily granting it.

Accordingly,

**IT IS HEREBY ORDERED** that the May 3, 2007 order is vacated only to the extent that it granted the motion to dismiss filed by defendant Freedom Title.

**IT IS FURTHER ORDERED** that defendant Freedom Title's motion to dismiss is DENIED for failure to comply with the Local Rules of this court. This denial is without prejudice, but Freedom Title must either answer or file a proper motion to dismiss within ten days of today.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2007.