UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
AT ST. LOUIS

RICARDO MAY,                                    CASE NO. 4:07-cv-00375-CDP

    Plaintiff,

vs.

TRANS UNION LLC;

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Ricardo May, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Ricardo May against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Ricardo May and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: December 20, 2007

                                                                               
JUDGE, United States District Court, Eastern
District of Missouri (St. Louis)